# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LARRY R. FERGUSON,                                                                          PETITIONER
ADC#130598

v.                                   5:11-cv-00267-SWW-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

Petitioner Larry R. Ferguson's motion [doc.#14] for a thirty day extension of time in which to file his objections to the Proposed Findings and Recommended Disposition [doc.#12] submitted by United States Magistrate Judge Joe J. Volpe is hereby granted. Petitioner's objections must be filed or before June 18, 2012.

IT IS SO ORDERED this 17th day of May, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1