**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LARRY R. FERGUSON,                                                                    PETITIONER
ADC#130598

v.                                      5:11-cv-00267-SWW-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                               RESPONDENT

## JUDGMENT

     Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED with prejudice and that a Certificate of Appealability is

DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

     SO ORDERED this 14th day of June 2012.

                        /s/Susan Webber Wright
                        UNITED STATES DISTRICT JUDGE